# UNITED STATES DISTRICT COURT

Western District of Texas
262 W. Nueva St. Room 1-400
San Antonio, Texas 78207

Philip J. Devlin  
Clerk of Court

Annette R. French  
Chief Deputy

**March 21, 2025**

GLORIA MARTINEZ
BEXAR COUNTY DISTRICT CLERK
PAUL ELIZONDO TOWER
101 W. NUEVA, SUITE 217
SAN ANTONO, TEXAS   78205-3411

I, Philip J. Devlin, Clerk of the United States District Court for the Western District of Texas, do hereby certify and transfer the below-styled and numbered cause to the 73rd Judicial District Court, of Bexar County Texas pursuant to an Order entered remanding, by the Honorable Judge Orlando L. Garcia. Enclosed is a certified copy of the transferring order and docket sheet in the cause entitled: Case Number: 5:24-cv-01043-OLG; The State of Texas v. Tommy Calvert et. al. IN TESTIMONY WHEREOF, I have hereunto Subscribed my name and affixed the seal of the aforesaid Court at San Antonio, Texas, this 21st day of March, 2025.

**Philip J. Devlin, CLERK of Court**

BY: *Rose Rodriguez*

Rose Rodriguez, Deputy Clerk